475 P.2d 541

**The STATE of Utah, Plaintiff and Respondent,**

v.

**Seldon Clarence DARROW, Defendant and Appellant.**

**No. 12189.**

Supreme Court of Utah.

Oct. 19, 1970.

■

Ben D. Browning, McMillan, Browning & Lybbert, Salt Lake City, for defendant and appellant.

Vernon B. Romney, Atty. Gen., Lauren N. Beasley, W. Clark Burt, Asst. Attys. Gen., Salt Lake City, for plaintiff and respondent.

PER CURIAM:

The issues presented in this case are governed by our decision in State v. Kay, 25 Utah 2d 43, 475 P.2d 541, decided October 8, 1970.

Judgment affirmed. No costs awarded.

3. 23 Utah 2d 34, 456 P.2d 168.